**Hugo Cesar SOSA–MENDEZ,**
**Petitioner,**

v.

**Alberto R. GONZALES, Attorney**
**General, Respondent.**

No. 06–70743.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**650**

Submitted Aug. 13, 2007.*

Filed Aug. 22, 2007.

Joseph H. Hofman, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Cindy S. Ferrier, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Hugo Cesar Sosa–Mendez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's 2004 order of removal. We dismiss the petition for review.

We lack jurisdiction over Sosa–Mendez's petition for review in which he challenges only his 1991 deportation order, from which he did not appeal. Because Sosa–Mendez has failed to demonstrate a gross miscarriage of justice, he may not, at this point, collaterally attack his earlier deportation order. *See Ramirez–Juarez v. INS,* 633 F.2d 174, 175–76 (9th Cir.1980).

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

**PETITION FOR REVIEW DISMISSED.**